IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS HENDERSON,<br>KEXING HU,<br>　　a/k/a PETER HU, and<br>COOPER LEE<br><br><br>　　　　Defendants. | **Case No.:** CR 19–376 RS<br><br>**ORDER TO CONTINUE STATUS CONFERENCE TO JUNE 16, 2020, AND TO EXCLUDE TIME** |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby orders that the status hearing date of May 12, 2020, is vacated and reset for a status hearing on June 16, 2020, at 2:30 p.m. It is FURTHER ORDERED that time is excluded, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii) and (B)(iv) through June 16, 2020.

　　　　IT IS SO ORDERED.

Dated:　　May 4, 2020　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　HON. RICHARD SEEBORG
　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER
*HENDERSON ET AL.*, CR 19–376 RS

1