IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS HENDERSON,<br>KEXING HU,<br>　　a/k/a PETER HU, and<br>COOPER LEE<br><br><br>　　　　Defendants. | **Case No.:** CR 19–376 RS<br><br>**ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 25, 2020, AND TO EXCLUDE TIME** |

　　Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby orders that the status hearing date of June 16, 2020, is vacated and reset for a status hearing on August 25, 2020, at 2:30 p.m. It is FURTHER ORDERED that time is excluded, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii) and (B)(iv) through August 25, 2020.

　　　　IT IS SO ORDERED.

Dated: ___June 4, 2020___　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON. RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER
*HENDERSON ET AL.*, CR 19–376 RS

1