IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS HENDERSON,<br>KEXING HU,<br>    a/k/a PETER HU, and<br>COOPER LEE<br><br>Defendants. | Case No.: CR 19–376 RS<br><br>**ORDER TO CONTINUE STATUS CONFERENCE TO OCTOBER 20, 2020, AND TO EXCLUDE TIME** |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby orders that the telephonic status hearing date of August 25, 2020, is vacated and reset for a status hearing on October 20, 2020, at 2:30 p.m. It is FURTHER ORDERED that time is excluded, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii) and (B)(iv) through October 20, 2020.

IT IS SO ORDERED.

Dated:   August 20, 2020

HON. RICHARD SEEBORG
United States District Judge

ORDER *HENDERSON ET AL.*, CR
19–376 RS