IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 19–376 RS |
| Plaintiff, | **ORDER TO CONTINUE STATUS CONFERENCE TO DECEMBER 15, 2020, AND TO EXCLUDE TIME** |
| v. | |
| THOMAS HENDERSON, KEXING HU,      a/k/a PETER HU, and COOPER LEE | |
| Defendants. | |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby orders that the telephonic status hearing date of October 20, 2020, is vacated and reset for a status hearing on December 15, 2020, at 2:30 p.m. It is FURTHER ORDERED that time is excluded, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii) and (B)(iv) through December 15, 2020.

IT IS SO ORDERED.

Dated:      10/15/2020

_____
HON. RICHARD SEEBORG
United States District Judge

ORDER *HENDERSON ET AL.*, CR
19–376 RS

1