1

2

3

4

5               IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                     SAN FRANCISCO DIVISION

8

9

10  UNITED STATES OF AMERICA,          **Case No.:** CR 19–376 RS

11          Plaintiff,                 **ORDER TO CONTINUE STATUS**
                                       **CONFERENCE TO FEBRUARY 9, 2021,**
12      v.                             **AND TO EXCLUDE TIME**

13  THOMAS HENDERSON,
    KEXING HU,
14        a/k/a PETER HU, and
    COOPER LEE
15

16

17          Defendants.

18

19      Based on the reasons provided in the stipulation of the parties above, and for good cause shown,

20  the Court hereby orders that the telephonic status hearing date of December 15, 2020, is vacated and

21  reset for a status hearing on February 9, 2021, at 2:30 p.m. It is FURTHER ORDERED that time is

22  excluded, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii) and (B)(iv) through February 9, 2021.

23

24

        IT IS SO ORDERED.
25

26
    Dated:       December 9, 2020        _____
27                                        HON. RICHARD SEEBORG
                                          United States District Judge
28

[PROPOSED] ORDER
*HENDERSON ET AL.*, CR 19–376 RS