IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>THOMAS HENDERSON,<br>KEXING HU,<br>   a/k/a PETER HU, and<br>COOPER LEE<br><br><br>   Defendants. | **Case No.:** CR 19–376 RS<br><br>**ORDER TO CONTINUE STATUS CONFERENCE TO MAY 11, 2021, AND TO EXCLUDE TIME** |

   Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby orders that the telephonic status hearing date of February 9, 2021, is vacated and reset for a status hearing on May 11, 2021, at 2:30 p.m. It is FURTHER ORDERED that time is excluded, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii) and (B)(iv) through May 11, 2021.

   IT IS SO ORDERED.

Dated:   February 5, 2021

   HON. RICHARD SEEBORG
   CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
*HENDERSON ET AL.*, CR 19–376 RS

1