UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** July 21, 2021  **Time:** 20 minutes  **Judge:** RICHARD SEEBORG

**Case No.:** 19-cr-00376-RS-1  **Case Name:** USA v. Thomas Henderson

**Attorney for Government:** Lloyd Farnham, Sheila Armbrust
**Attorney for Defendant:** Angela Hansen
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Corinne Lew              **Court Reporter:** Marla Knox
**Interpreter:** n/a                        **Probation Officer:** n/a

## PROCEEDINGS

Change of Plea Hearing Held via Zoom/Videoconference.

## SUMMARY

Court proceedings held by zoom. Due to the COVID-19 pandemic, all parties consent to proceed by zoom. General Order 74 authorizes the Court to proceed by way of video conference hearing.

Defendant sworn in by clerk.  The defendant plead guilty to Counts 2 and 16 of the Indictment.   Court accepted the plea and referred the case to the U.S. Probation Office for preparation of a presentence report.  Plea agreement filed with the Court.

Defendant confirmed that he had requested that his counsel sign the Plea Agreement on his behalf.

Defense counsel requests to delay the sentencing hearing due to the complexity of the case is granted.  Sentencing materials will be due two weeks ahead of the sentencing.  Counsel will let the Court know by May 7, 2022 if there will be witnesses, if so, the sentencing hearing will be specially set.

**CASE CONTINUED TO: June 7, 2022 at 9:30 am** for Sentencing to be held in Courtroom #3, 17th Floor.