STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Lloyd.farnham @ usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-00376 RS |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING FOR COOPER LEE AND ORDER |
| v. | |
| THOMAS HENDERSON, KEXING HU a/k/a PETER HU, and COOPER LEE | |
| Defendants. | |

Defendant Cooper Lee entered a guilty plea to Court 1 of the above-captioned indictment on July 21, 2021, and the Court set a sentencing hearing on December 7, 2021. Defendant Thomas Henderson also entered a guilty plea to counts of the indictment on July 21, 2021, and the Court set Henderson's sentencing hearing on June 6, 2022. By stipulation of the parties and Order of the Court dated October 29, 2021, the Court continued Cooper Lee's sentencing hearing by 90 days, to March 1, 2022.

The United States and counsel for Cooper Lee jointly request that Cooper Lee's sentencing hearing be continued approximately 60 days. The parties request additional time to confer regarding the sentencing, including the consideration of additional information provided to the government by Cooper

Lee after the entry of a guilty plea, and to provide the Probation Office with information necessary to prepare a presentence report. Cooper Lee has been released on bond since his initial appearance on August 29, 2019.

For the reasons stated above, the parties request that the Court continue the in-person sentencing hearing from March 1, 2022 to April 26, 2022, or a date thereafter convenient for the Court.

IT IS SO STIPULATED.

DATED: January 11, 2022	Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/
LLOYD FARNHAM
Assistant United States Attorney

/s/
ADAM G. GASNER
Counsel for COOPER LEE

### ORDER

Based upon the above stipulation and for good cause, the Court continues the sentencing hearing in this matter to April 26, 2022, at 9:30 a.m.

IT IS SO ORDERED.

DATED: 1/11/2022

THE HON. RICHARD SEEBORG
United States District Judge