IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS HENDERSON,<br><br>　　　　Defendant. | **Case No.:** CR 19–376 RS<br><br>**ORDER TO CONTINUE SENTENCING HEARING DATE TO SEPTEMBER 20, 2022** |

　　　Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the sentencing hearing date is continued from June 7, 2022 to September 20, 2022. It is FURTHER ORDERED that the parties shall inform the Court by August 23, 2022 if an evidentiary hearing is requested. In addition, the Court orders the Pre-Sentence Investigation Report disclosed by August 30, 2022. The parties shall file their sentencing memoranda by September 6, 2022.

　　　IT IS SO ORDERED.

Dated:　March 29, 2022　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　HON. RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER
*HENDERSON*, CR 19–376 RS

1