IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS HENDERSON,<br><br>Defendant. | **Case No.:** CR 19–376 RS<br><br>**ORDER TO CONTINUE SENTENCING HEARING DATE TO NOVEMBER 8, 2022** |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the sentencing hearing date is continued from September 20, 2022 to November 8, 2022. It is FURTHER ORDERED that the parties shall inform the Court by October 18, 2022 if an evidentiary hearing is requested. In addition, the Court orders the Pre-Sentence Investigation Report disclosed by October 18, 2022. The parties shall file their sentencing memoranda by October 25, 2022.

IT IS SO ORDERED.

Dated:   July 6, 2022

HON. RICHARD SEEBORG
Chief United States District Judge

[PROPOSED] ORDER
*HENDERSON*, CR 19–376 RS

1